RECEIVED
CLERK'S OFFICE
2019 NOV -5 AM 10: 24
U.S. DISTRICT COURT
MIDDLE DISTRICT OF GA
MACON DIVISION

In the U.S. district Court
For the middle District
of Georgia civil adversion

5:19-CV-441

injured party mawriych abiyah yashara`l
and Yisrael the true people of
Ahayah/ Yahuah. Black israelites
Biblical Hebrews//12 tribes
893 veterans Parkway Nation of Yisrael
Barnesville ga 30204
678-972-4657
willful wrongdoer defendants

Pope Francis
Apostolic Palace
00120 Vatican City

more defendants
next page →

Nathaniel Charles Jacob Rothschild
Berkshire, United Kingdom
Windmill Hill, Silk Street, Waddesdon, Aylesbury,
Buckinghamshire, England, Hp 180Jz

Bill gates and Melinda
500 fifth Avenue North Seattle, Wa 98109
1835 73rd Ave NE
7400 Northeast 18th st medina Washington.
Xanadu 2.0 Near Lake Washington, medina
Washington 98039

illuminati Headquarters
8500 Pena Blvd, Denver Colorado 80249

Elizabeth II

Buckingham Palace
London SW1A 1AA
17 Bruton St. mayfair, London England uK

President Donald Trump
1600 Pennsyluania Ave NW
Washington, DC 20500

→ more defendants
Next page

Rockefeller
420 5th Avenue New York, NY
10018

Clive Davis
465 Park Ave New York, NY 10022

Hillary Clinton
1900 m Street, NW Suite 500
Washington, DC 20036

monsanto
3221 S popular St. Centralia IL 62801

Synomax ~~burp~~ (11027-11029) N. Torrey Pines rd,
Sandiego. Ca 92121

Georgia Department of Transportation
One Georgia Center 600 West Peachtree NW Atlanta
Ga 30308

U.S. department of Treasury
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

Facebook corporate
office
1601 S. California
Ave. Palo Alto, CA
94304

Social Security Administration
1548 Flynt St. Griffin Ga 30223

# CLAIM

Plaintiffs injured Parties

Sues:
Wrongdoers

1. Ashkenazi Jews, Sephardi Jews are not the
true children of israel.

2. Conspirators are suppressing us and keeping us
from worshiping and being a nation unto our Ahayah

General Construction/obligations

.3 Nathaniel, Elizabeth, Rocketfeller, illuminati Bill, melinda, Clive, Donald, Pope. monsanto, Synomyx, Facebook, department of Treasury, department of transportation are passing laws that goes against our inaliendble rights, against our Bible/ our Ahayah/ Yahuah/ God.

4. Bill and melinda make vaccines that are designed to kill our people

5. All defendants are not to be leaders of our people they dont keep the commandments, laws or statutes of the most High AHAYah/ Yahuah/ God.

6. Synomyx and monsanto put aborted fetuses in our foods that we consume pepsi/Lipton etc.

7. All defendants make unlawful contracts, laws and policies that are against our inalienable rights + our Biblical & Constitutional rights + Bill of rights.

## Count 1.
### Common negligiance



defendant havent made any laws or consulted with AHAYah on the welfare of our people which keeps us

open to attacks murder kidnapping etc.

by them being racists and of another God
they dont have our best interest at heart
they pass laws to benefit a people that are
not Ahayah people.

they dont tell the truth, they are liars.
they neglect to tell the truth how they stole
our lands, raped and murdered our people

laws in place dont prevent kidnapping, murder
protection of the people.

they dont tell our people we are royalty.
they dont tell us the truth about our birth
certificate or Social security accounts.

they refuse to collapse the Cestui Que vie trust

because of those Cestui Que trusts we are in
Slavery.

they play these semantics and charge us in
place of the account

Wherefore plaintiff prays for an order awarding money damages against the defendants

100 trillion dollars in damages

defendants directly caused plaintiff harm abroad in America, UK etc and conspired against our rights.

## Facts

in 1509 - pope got his power by writing an wicked decree - isaiah 10:1, that decreed unrighteousness. a papal bull that he claims that land, people and everything in the earth was his in 1666 the parliment caused a fire that burned the land and enacted the Cestui Que Vie Act of 1666 where man, woman and children where declared dead and lost beyond the sea, in 1619 the transatlantic slave trade that was prophesied and mentioned to Abraham in Genesis of the 400 years that

happend in Deuteronomy/Devarim chapter 28 vs 68 and also the whole chapter of 28. We the true chosen of Yisrael/Hebrews israelites etc. where taken on ships such as the Good Ship Jesus and amistad. there where other Ships as well. on these Ships our people where raped and murdered some of us even died amongst the ships. those that remained where brought to different areas of the Americas, Spain and abroad. they logged us as Adam and eve when 1st of the men and women board the ships. Our Yahuah/Ahayah given names was hidden from us. the defendants along with their **ancestors** plotted to Kill, steal, murder of our people & set themselves up in our land. thats in psalm 83. Joel chapter 3 talks about our captivity. Upon coming to America they Stripped our people of their identity Jeremiah 17-4 prophesied that we would discontinue from your heritage. & we would be in slavery. the willie Lynch plan was a wicked decree made by the defendants

ancestors. Willie Lynch Letter allows the enslaving of our people, rape, murder and pillage of our people. the defendants use those letters to hang our people, take our memory from us and break us down from who we really are. they buck breaked the men especially the bigger man. the men was also pulled apart by horses. the women where taught to be stronger than the man. they had the women teach the children instead of the man helping. they taught our people to be gay and to turn againgst the most High. they break us down and even caused our people to have mental illness. those letters caused us to struggle and come to nought. The defendants still continue to devise schemes or artifice to defraud, or obtain money or property by means of false or fraudulent pretenses. 18 U.S. Code 1343 - Fraud by wire, radio, or television

Wisdom of Solomon Chapter 13 & 14
they changed the messiah into a white man and cause us to worship Cesar Borgia when we are called worship only Ahayah/Yahuah

the council of nicea they put in place new laws against the most High Ahayah/Yahuah. they changed times + days. the Shabbat which is a commandment was changed to Sunday. they change our feast days that are in

Leviticus 23 which are unleavened bread, Pentecost, Shavuot, Feast of tabernacles, Feast of booths, The Sabbath, First fruits, The day of atonement. Chanakah, Kwanzaa. These are the appointed feast days. Just like Daniel 7:25 says the pope

Francis speak great words against the most high/ and they wear out the ~~saint~~ people of Yah, and the pope and the higher up in the defendants change times and laws. ~~They changed time~~ They changed our feast days to Satanic festivals such as Christmas, Halloween, Valentines day, St. patrick day, There New Years Day, Thanksgiving. They plotted against our people with wicked schemes and artifices to take our riches. The Legal name is connected to a strawman - stramineus Homo

latin A person of straw, one of no substance
put forward as bull or surety. Slavery Blacks
law dictionary 6th edition on pg 1421

Strawman a front a third party who is put
up in a name only to take part in a transaction

Strawman: 1: a weak or imaginary opposition
set up only to be easily confuted 2: a person
set up to serve as a cover for a usually questionable
transaction.

LeGal name - corporate construct Ens Legis -
artificial person - birth certificate / Cestui Que vie
person - a corporation, artificial intelligence

Both Strawman + Legal name is a Dead Fictive
entity.    The prison system is full of most
of my brothers and sisters. they have us in
there as a stand in for the strawman/Legal
name. the defendants coerce and committ
crimes against humanity. theft kidnapping the
like.

All crimes are commercial we are the beneficiary and the judge and prosecutor are trustee. they can not be the beneficiary and trustee it is an conflict of interest.

Clive, rothschilds, rocketfellers, Elizabeth, illuminati monsanto, synomyx and other defendants meet in secret and create more laws and unlawful decrees to steal + coerce our people into selling their souls and participate in witch craft + have our children passing through the fire. they threaten my people with death and the taking away of their goods, money etc if they dont comply with unlawful contracts.

they also have us as the strawman-Dead Fictive entity. the music industry and sports industry have us in another form of slavery to a God that is not our God.

they hide our social security accounts and birth certificate accounts so they can privately profit off us.

They have an unjust traffic system in place that violates our right to travel

they jail and kidnap us on trumped out charges that are not truly true crimes.

they traffic system is only color of law it is a money stealing system the same as the music and sports industry.

the elite which is the defendants kill and eat our people in secret.

they have our people to be against the most **High** Ahayah/Yahuah by having our men go by their evil council + unlawful satanic ways.

Having both men and women sleep with the opposite sex.

They dont truthfully disclose, they contracts
theyhide in clauses and secret laws unawares
our people serve these Satanic people / God
they manipulate and force our people into ways
against the most High.

they control the t.v.s and radio industry.
they put propaganda On and slander our people
they steal our lands, and keepus away from
Our ancestors andour memorialbillia, Like our
gold from the temple in israel and our silver
our houses, our bible.

made cps and police to enslave and Kidnap
our people

they have us as the dead Fictive entity/
Strawman

they continue to trample yerushaliym
and defile the land of israel.

those 'ashkenazi, sephardic and hassidic Jews promote homosexuality, murder and to go against our Ahayah/Yahuah.

they are not the children of the most high
they have no rights to the land.
they used the balfour act to steal our land
nathaniel rothschild had got that letter from balfour inorder to get into israel.
they have our title deeds to the land.
revelation 2:9 says they are of the synagogue of Satan and they are not of Ahayah/Yahuah.
they keep this lie going in order to stay in the land, keep our identity and gold & silver from the temple.

they lie.
they are murderers.

they fund wars and acts that they use which are wicked and they take land And kill our people.

they are practicing Satanist

they dont even believe in our Ahayah / Yahuah.

they continue to plot evil on their beds every day and night

the pope is not our Father.

the rothschilds and rocketfellers are not for our people and as well the rest of the defendants

they make immunizations that kill our people slowly and some as soon as you get them

the Georigia Guidestones says that the elite will kill 500,000.000.00 people

they are murderers, aduterers, homosexuals pedophiles etc.

they sold a boy for wine

they sold a girl for a prostitute.

they lunched our people.

they use usury to steal from us.

they continue to interfere with our people rights

by fear tactics and propaganda and wars and
the passing of unlawful statues and codes.

monsanto and synomyx go against our dietary
laws they use flavouring that has aborted human
kidney cells in them. in our food & drinks.

Facebook has policies in place that violate our
freedom of speech and our right to fellowship with
our people. they want you to be a dead fictive
entity and they push wicked satanic festivals
christmas etc.

they violate their own policies that says that we
can use identification as a tribal member and
I have my lawful hebrew badge that shows i am
a hebrew which is of the true tribe of Yahudah/Judah.

their wicked decrees and plans go against our constitutional rights, bill of rights and biblical rights.

King Alfred plans

willie lynch letter

any take over from the Queen of England

vaccination

mark of the beast

micro chip - implants

abortion / planned parenthood

Legal name / Cestui Que vie act

Ezekiel 11:2 - devise iniquity and give evil advice in the city

the elite are artificial entities (corporations)

Artificial entities cannot take oaths, they cannot make affidavits. See E.G., In Re empire refining Co. 1 F. Supp. 548 549 (S.d cal. 1932)

a corporation cannot make an Affidavit in its corporate name, it is an inanimate thing incapable of voiding an oath". moya Enterprises inc. V. harry Anderson trucking inc., 162 Ga. App. 39 290 S.E. 2d 145 (1982) strand-

restaurant Co. V. Parks Engineering Co 91A2d 711

C D.C. 1952)

Elite devise a scheme seek our life, lay snares for us, seek to injure us, threaten destruction and devise treachery all the day long. Psalm 38:12

the wicked hotly pursue the poor.
with their propaganda and evil decrees
to serve Satan. psalm 10 wicked movie industry
and music industry
Sports industry

the Elite are greedy men for gain curses and renounces Ahayah/Yahuah.
Psalms 14 - they are corrupt, a liar and never does good. a man who says there is no God.
psalm 73 v11 they secretly pass laws to hinder us from worshiping our Ahayah/Yahuah or live as we should for Ahayah/Yahuah.

the elite call evil good and good evil.
put darkness for light and light for darkness
put bitter for sweet and sweet for bitter

they offer to demons and not to Yah.

We the plaintiffs are called to assemble ourselves and come; draw near together. come to worship Ahayah/Yahuah. Isaiah 45:20

we are to be seperate from the elite.

we are one with our God Ahayah/Yahuah.

Yahusha testified against their unrighteousness darkness.

We are the light of the world.

we are the people of Yahuah/Ahayah.

We are forgiven in our trespasses against Yahuah/Ahayah.

We are called to keep the commandments
Ecclesiastes 12:13

Our Sins are paid for by Yahusha

We are the lost sheep of Yisrael/Yashara'l
Hebrew israelites. Matthew 15:24

we are the apple of his eye Psalm 17:8

we are a royal priesthood, a peculiar people
1 peter 2:9

we are called by Ahayah/Yahuah name
2nd chronicles 7:14.

we are a possession of Ahayah/Yahuah

We are chosen out of all the peoples on the
face of the earth. Deuteronomy 7:6-8

We are a holy people Yahuah/Ahayah
Deuteronomy 14:2

Yahuah/Ahayah declared us as a people unto
him Deuteronomy 26:17-19

Yahuah/Ahayah reedemed us in Yahusha
2 Samuel 7:23-24

Yahuah/Ahayah gave us israel. 1 kings 10:9

there is no other God but Yahuah/Ahayah
1 chronicles 17:20-21

We are from Abraham isaac, Yacob and Shem
isaiah 43:7-3, Isaiah 41:8

We are to return to the land of Yisrael
Jeremiah 46:27-28   we will be undisturbed
And secure with no one making us terrible

We are of the living as the most high God
is. Romans 8:10

We have the holy spirit.

We are alive in Yahusha / Yahuah/Ahayah.
        Galatians 2:20

Messiah is in us the hope of glory. Colossians

defendants negligence approximately caused plaintiff to suffer mental breakdowns, homo-sexuality and murder by the hands of police, and strangers enemies of our people. Elites murder our people secretly and openly.

nipsey hustle, tupac shakur, biggie, James brown, Dr. Seti, eazy e., marcus garvey, and many others they kill off who didnt wish to serve them.

they caused our people mental distress and anguish.
they tax us unjustly.
they make us poorer.
they cause our people to err.
the defendants laws, negligence and evil schemes cause plaintiffs to suffer money damages of 100 trillion dollars.

Our money and hidden fees etc go to the livelihood of the Elite. defendants owe us our artifacts that where stolen from our people memorialbillia and other ~~therefore~~ ~~pleasetake~~ the Scrolls, Original paintings of the patriarchs. and our gold and silver. our houses and inventions our songs our movies etc. are to be given back to us immediately.

wherefore plaintiff move this court to a judge defend ~~d~~ liable to plaintiff for money damages and such other further relief as the court may deem reasonable

dated October 31 2019