Cover to 42 U.S. Code 1983

Civil action for deprivation of rights.

RECEIVED
CLERK'S OFFICE
2019 NOV -5
U.S. DISTRICT
MIDDLE DIST
MACON, GEORGIA

Everyone of the true nation of Yisrael the people of Yahuah/the ones called by his name 2nd chronicles 7:14. Who under color of any statute, ordinance, regulation custom, or usage of any State or Territory or the District of Columbia, causes to be subjected, all of Yasharail/Yisrael in United States and abroad UK etc. ~~within~~ to the deprivation of any rights, privileges, or immunities secured by constitution and laws of the bible shall be liable to the parties injured in an action at law, suit in equity or other proper proceeding for redress, ~~~~ (R.S. 1979; Pub. L. 96-170, 1, Dec. 29 1979, 93 Stat. 1284; Pub. L. 104-317, title III, 309(c) Oct. 19, 1996, 110 Stat. 3853.)